IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL PHELPS,

                            Plaintiff,                          ORDER

    v.

                                                14-cv-678-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                            Defendant.

The parties have filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

On remand, the Administrative Law Judge will: (1) give the plaintiff the opportunity to submit additional evidence and appear at a supplemental hearing; (2) obtain, if necessary, vocational expert testimony and ensure that any hypothetical question posed to the vocational expert accurately describes all of the plaintiff's relevant limitations; (3) and, if necessary, further question the plaintiff regarding his past relevant work.

ORDER

IT IS ORDERED that this case is REMANDED to the Commissioner for further action as outlined above.

Entered: May 13, 2015.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge