IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL PHELPS,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-678-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the joint motion for judgment reversing the Commissioner's decision is granted and this case is remanded pursuant to sentence four of 42 U.S.C. §405(g).

s/V. Olmo, Deputy Clerk
Peter Oppeneer, Clerk of Court

5/14/2015
Date